No. 03–9711. BONDI v. ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 03–9713. EPPS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–9714. WEATHERFORD v. ARKANSAS. Ct. App. Ark. Certiorari denied.

No. 03–9718. ANDERSON v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 03–9720. MORENO v. BROWNLEE, ACTING SECRETARY OF THE ARMY. C. A. 5th Cir. Certiorari denied.

No. 03–9724. ANTONELLI v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–9729. FAGAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–9731. SAYRE v. MCBRIDE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 03–9737. PAJOOH v. HARMON, JUDGE, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–9738. JOHNSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–9739. PRATT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–9741. TREVINO v. SLADE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–9742. ZEPEDA-MEDRANO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–9744. JOHNSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.